UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

FRANCIS ALBERTO HILARIO DELA CRUZ,

                              Petitioner,
                                                      9:23-CV-0407
v.                                                    (GTS/MJK)

RICHARD, Warden,

                              Respondent.
_____

APPEARANCES:                              OF COUNSEL:

FRANCIS ALBERTO HILARIO DELA CRUZ, No. 60563-054
   Petitioner, *Pro Se*
Federal Correctional Institution (FCI) Thomson
P.O. Box 1002
Thomson, Illinois 61285

OFFICE OF THE UNITED STATES ATTORNEY        CARL G. EURENIUS, ESQ.
   Counsel for Respondent                   Assistant U.S. Attorney
Office of the U.S. Attorney
P.O. Box 7198
Syracuse, New York 13261

GLENN T. SUDDABY, Chief United States District Judge

## DECISION and ORDER

Francis Alberto Hilario Dela Cruz ("Petitioner") filed a petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 on March 31, 2023. (Dkt. No. 1.) By Report-Recommendation dated July 29, 2025, the Honorable Mitchell J. Katz, United States Magistrate Judge, recommended that the Petition be denied and dismissed, and that a certificate of appealability be denied pursuant to 28 U.S.C. § 2253(c)(2). (Dkt. No. 16.) Petitioner has not filed an objection to the Report-Recommendation, and the time in which to do so has expired. (*See generally* Docket Sheet.)

After carefully reviewing the relevant papers herein, including Magistrate Judge Katz's thorough Report-Recommendation, the Court can find no clear-error in the Report-Recommendation: Magistrate Judge Katz employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts.  As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons set forth therein, Petitioner's Petition is denied and dismissed, and a Certificate of Appealability is denied.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Katz's Report-Recommendation (Dkt. No. 16) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Petitioner's Petition for a Writ of *Habeas Corpus* (Dkt. No. 1) is **DENIED** and **DISMISSED**; and it is further

**ORDERED** that a Certificate of Appealability is **DENIED** because Petitioner has not made a "substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2).

Dated:  September 24, 2025
          Syracuse, New York

Glenn T. Suddaby
U.S. District Judge

2